UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Silvio Vasquez-Mendoza

Case No.: 19-10731/ABA
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __March 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
1303 Princess Avenue
Camden, NJ
FMV - $91,000.00

Liens on property:    Bayview - $105,637.84

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10731-ABA
Silvio R. Vasquez-Mendoza                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1              Date Rcvd: Feb 13, 2019
                              Form ID: pdf905            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db              +Silvio R. Vasquez-Mendoza,   1303 Princess Avenue,   Camden, NJ 08103-2910
517965463       +American Water Contract Services,   Camden Operations Center,   100 S 17th Street,
                  Camden, NJ 08105-1759
517965466       +Encompass Insurance Co. of NJ,   Hardenbergh Ins Grp,   PO Box 8000,   Marlton, NJ 08053-8099
517965467       +Fein, Such, Kahn & Shepard, PC,   7 Century Dr #201,   Parsippany, NJ 07054-4673
517965468       +New Jersey American Water,   Customer Service Center,   1025 Laurel Oak Road,
                  Voorhees, NJ 08043-3506
517965470        Regional Sewer Service Invoice,   PO Box 1105,   Bellmawr, NJ 08099-5105
517965472       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:27     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:22     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517965464       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 14 2019 00:47:02
                  Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1837
517965465        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:56:49     Capital One,
                  PO Box 30285,   Salt Lake City, UT 84130-0285
517965469       +E-mail/Text: bankruptcy@pseg.com Feb 14 2019 00:44:48     PSE&G,   ATTN: Bankruptcy Dept,
                  PO Box 490,   Cranford, NJ 07016-0490
517965471        E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 00:56:36     Synchrony Bank,
                  ATTN: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517965767       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 00:55:09     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Rex J. Roldan    on behalf of Debtor Silvio R. Vasquez-Mendoza roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6