**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Silvio R. Vasquez–Mendoza<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1081<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10731–ABA | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Silvio R. Vasquez–Mendoza

4/12/19                                                                 **By the court:**   Andrew B. Altenburg Jr.
                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10731-ABA
Silvio R. Vasquez-Mendoza                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 12, 2019
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db              #+Silvio R. Vasquez-Mendoza,    1303 Princess Avenue,    Camden, NJ 08103-2910
517965463        +American Water Contract Services,    Camden Operations Center,    100 S 17th Street,
                   Camden, NJ 08105-1759
517965466        +Encompass Insurance Co. of NJ,    Hardenbergh Ins Grp,    PO Box 8000,   Marlton, NJ 08053-8099
517965467        +Fein, Such, Kahn & Shepard, PC,    7 Century Dr #201,    Parsippany, NJ 07054-4673
517965468        +New Jersey American Water,    Customer Service Center,    1025 Laurel Oak Road,
                   Voorhees, NJ 08043-3506
517965470         Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
517965472        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr               +EDI: QJDMARCHAND.COM Apr 13 2019 04:23:00      Joseph Marchand,    117-119 West Broad St.,
                   PO Box 298,    Bridgeton, NJ 08302-0228
smg               E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517965464        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 13 2019 00:58:34
                   Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, 5th Floor,
                   Coral Gables, FL 33146-1837
517965465         EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One,    PO Box 30285,
                   Salt Lake City, UT 84130-0285
517965469        +E-mail/Text: bankruptcy@pseg.com Apr 13 2019 00:57:06      PSE&G,    ATTN: Bankruptcy Dept,
                   PO Box 490,    Cranford, NJ 07016-0490
517965471         EDI: RMSC.COM Apr 13 2019 04:23:00      Synchrony Bank,    ATTN: Bankruptcy Dept,   PO Box 965060,
                   Orlando, FL 32896-5060
517965767        +EDI: RMSC.COM Apr 13 2019 04:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Rex J. Roldan    on behalf of Debtor Silvio R. Vasquez-Mendoza roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6